**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

     In the matter of

**Coudert Brothers LLP,**
------------------------------------------------------------- x

**Development Specialists, Inc.,**

v.

**Rupert X. Li**

------------------------------------------------------------x

CERTIFICATION OF
FOREIGN MAILING

06-12226 - RDD (L)
08-01475 - RDD (AP)

     I, VITO GENNA, CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK, DO HEREBY CERTIFY THAT ON THE
27th DAY OF NOVEMBER, 2017, THE DOCUMENTS #1 AND #22 WERE SERVED BY
MAILING BY REGISTERED MAIL, AT THE UNITED STATES POST OFFICE, WHITE
PLAINS, N.Y.  A COPY OF EACH THEREOF, SECURELY ENCLOSED IN A POST-PAID
WRAPPER AND ADDRESSED TO:

          Rupert X. Li

          13/F Gloucester Tower, The Landmark

          15 Queen's Road Central

          Hong Kong

THAT ANNEXED TO THE ORIGINAL HEREOF IS REGISTERED MAIL RECEIPT:
#  RF118154725US   (WHITE PLAINS) STATION THAT WAS ISSUED AT MY REQUEST

          AS AFOREMENTIONED.

          VITO GENNA

          CLERK OF THE BANKRUPTCY COURT

     BY:      /s/ Narotam Rai

          DEPUTY CLERK

DATED:     WHITE PLAINS, NEW YORK
             JANUARY 8, 2018



| Registered No. | | Date Stamp |
|---|---|---|
| RF118154725US | | |

| | | |
|---|---|---|
| **Reg. Fee** $7.91 | | |
| **Handling Charge** $14.95 | Return Receipt | |
| **Postage** $3.85 $0.00 | Restricted Delivery | |
| **Received by** $0.00 | | $26.71 |

Customer Must Declare Full Value $0.00    11/27    Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

## OFFICIAL USE

**FROM**
John G. McCarthy, Esq.
Smith Gambrell & Russell, LLP
1301 Ave of the Americas, 21st Fl
New York, NY 10019

**TO**
Rupert X. Li
131 Hong Kong, Cluster Tower, The Landmark
15 Queen's Road Central
Hong Kong

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
January 2014 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
David J. Adler (DA-0048)
Georgia A. Mallan (GM-2596)
dadler@mccarter.com
Attorneys for Development Specialists, Inc.,
Plan Administrator for Coudert Brothers LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| COUDERT BROTHERS LLP, | : | Case Nos. 06-12226 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |
| DEVELOPMENT SPECIALISTS, INC., | : | |
| in its capacity as Plan Administrator for | : | |
| Coudert Brothers LLP, | : | |
| | : | Adv Pro. No.: 08-_____ |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RUPERT X. LI, | : | |
| | : | |
| Defendant. | : | |

**COMPLAINT FOR (1) BREACH OF CONTRACT, (2) AVOIDANCE AND
RECOVERY OF FRAUDULENT TRANSFERS, (3) PARTNERSHIP
ACCOUNTING, (4) TURNOVER OF PROPERTY OF THE ESTATE,
(5) UNJUST ENRICHMENT, (6) CONVERSION AND
(7) RELATED RELIEF AGAINST RUPERT X. LI**

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re: Coudert Brothers LLP                                        Bankruptcy Case No.: 06−12226−rdd

Development Specialists, Inc.

Plaintiff(s),

−against−                                                            Adversary Proceeding No. 08−01475−rdd

Rupert X. Li

Defendant(s)

### THIRD
### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| Address of Clerk: |
| --- |
| Clerk of the Court |
| United States Bankruptcy Court |
| Southern District of New York |
| One Bowling Green |
| New York, NY 10004−1408 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
| --- |
| David J. Adler |
| McCarter & English, LLP |
| 245 Park Avenue |
| New York |
| New York, NY 10167 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court | Room: Courtroom 118, White Plains |
| --- | --- |
| Southern District of New York | Courthouse, 300 Quarropas Street, White |
| One Bowling Green | Plains, NY 10601 |
| New York, NY 10004−1408 | Date and Time: 2/13/18 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 11/21/17

Vito Genna
_____

*Clerk of the Court*

By: /s/ Mimi Correa
_____

*Deputy Clerk*