UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

COUDERT BROTHERS LLP,

                     Debtor.
-----------------------------------------------------------X
DEVELOPMENT SPECIALISTS, INC., in its
capacity as Plan Administrator for Coudert
Brothers LLP,

                     Plaintiff,

-against-                                           16 **CIVIL** 8237 (KMK)

**JUDGMENT**

RUPERT X. LI,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 23, 2020, Judge Drain's Proposed Findings, dated October 21, 2016, are ADOPTED in their entirety. Judgment is entered for Plaintiff confirming the Li Award in the amount of $170,894.24 plus interest thereon from September 30, 2015 through the date of judgment, in the amount of $66,409.97, for a total judgment of $237,304.21; accordingly, the case is closed.

**Dated:** New York, New York
         January 23, 2020

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                            By:  _____
                                                **Deputy Clerk**